No. 972. LOUISVILLE PROPERTY CO., H. C. WILLIAMS, ASSIGNEE, v. COMMISSIONER OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Geo. E. H. Goodner* and *Scott P. Crampton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch, Robert L. Stern,* and *Miss Louise Foster* for respondent.

No. 974. GOULANDRIS ET AL. v. AMERICAN TOBACCO CO. ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. I. Maurice Wormser* for petitioners. *Messrs. Henry N. Longley* and *John W. R. Zisgen* for respondents.

No. 997. NAGAYAMA v. SHIMABUKURO. May 29, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Richard E. Wellford* and *Stuart H. Robeson* for petitioner. *Messrs. John Wattawa* and *Vivion O. Hill* for respondent.

No. 953. CRUME v. PACIFIC MUTUAL LIFE INSURANCE CO. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry C. Alberts* for petitioner. *Mr. Orville J. Taylor* for respondent.

No. 956. LUMPKIN v. BOWERS, COLLECTOR OF INTERNAL REVENUE. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Cir-